UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

FILED
DEC 8 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

LECHEAY RENFORD

**Jury Trial Demanded: Yes** ✓ **No** ____

Name(s) of Plaintiff or Plaintiffs

-vs-

**DISCRIMINATION COMPLAINT**

____-CV-____

NIAGARA FALLS WATER BOARD
UNITED STEELWORKERS UNION DISTRICT 4
ROBERT REID, JOHN PAUL, JAMES BRIGGS

Name of Defendant or Defendants

DAVID WASIURA, MICHAEL EAGLER & DAVID SAN LORENZO

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, AND a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

____✓____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above,** you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

    _____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: 2665 NIAGARA AVENUE NIAGARA FALLS, NEW YORK 14305

   My telephone number is: (716) 538-8232

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: THE NIAGARA FALLS WATER BOARD + UNITED STEELWORKERS UNION DISTRICT 4

   Number of employees: UNKNOWN

   Address: 5815 BUFFALO AVE NIAGARA FALLS, NEW YORK 14304

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

## CLAIMS

4. I was first employed by the defendant on (date): _____

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____ DURING THE WEEK OF FEB. 5, 2024, ON MY FIRST RIDE ALONG WITH JOHN PAUL.

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): DISCRIMINATORY TREATMENT CONTINUED THROUGHOUT MY EMPLOYMENT. IT PERSISTED THROUGH AUGUST 2024 AND BEYOND, DURING POST-TERMINATION INTERACTIONS WITH THE EMPLOYER AND THE UNION.

7. I believe that the defendant(s)

   a. _____ Are still committing these acts against me.
   b. ✓ Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) SEPTEMBER 19, 2024 – WRITTEN DENIAL OF UNION REPRESENTATION.

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is
   _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____
   _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: FEBRUARY 17, 2025

11. The Equal Employment Opportunity Commission did _____ /(did not) _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: SEPTEMBER 4, 2025 . (**NOTE:** If it

3

did issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. ✓ Failure to provide me with reasonable accommodations to the application process

    b. _____ Failure to employ me

    c. ✓ Termination of my employment

    d. _____ Failure to promote me

    e. ✓ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. _____ Harassment on the basis of my sex

    g. ✓ Harassment on the basis of unequal terms and conditions of my employment

    h. _____ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. ✓ Other actions (please describe) MY AFFILIATION WITH THE CHAIRMAN LED TO TARGETED MISTREATMENT - MY UNION DENIED ME REPRESENTATION EVEN AFTER COLLECTING DUES FROM MY EVERY CHECK.

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. ✓ Race                        f. ✓ Sexual Harassment

    b. ✓ Color                       g. _____ Age
                                     _____ Date of birth
    c. _____ Sex
                                     h. _____ Disability
    d. _____ Religion                Are you incorrectly perceived as being disabled by your employer?
    e. _____ National Origin         ___ yes ___ no

15. I believe that I was ✓ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not ✓ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: THE NIAGARA FALL WATER BOARD TERMINATED ME ON AUGUST 2, 2024. THE UNITED STEELWORKERS UNION DENIED ME REPRESENTATION IN ~~CORRUPTIODLUG~~ WRITING SETEMBER 19, 2024.

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE:** You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    ✓ **has** issued a Right to sue letter, which I received on SEPTEMBER 4, 2025

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

    I, LECHEAY RENFORD, WAS WRONGFULLY TERMINATED ON AUGUST 2, 2024, BY THE NIAGARA FALLS WATER BOARD. WITHOUT JUST CAUSE, DUE PROCESS AND/OR PROPER EVALUATION. MY UNION, ~~LORDED~~ UNITED STEELWORKERS UNION DISTRICT 4, DENIED REPRESENTATION DISPITE ACTIVE DUES AND MY ~~GOODA~~ ELIGIBILITY. HOSTILE WORK CONDITIONS, RACIAL TARGETING AND DISCRIMINATORY PRACTICES CONTRIBUTED TO MY DISMISSAL. SEVERAL OFFICIALS INVOLVED FAILED ~~TO~~ IN DUTY OR PARTICIPATED IN MISCONDUCT.

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

_____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

___

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: DECEMBER 3, 2025       _____
                                         Plaintiff's Signature

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Buffalo Local Office
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/04/2025

**To:** Lecheay Renford
2665 Niagara Ave.
Niagara Falls, NY 14305
Charge No: 525-2025-00098

EEOC Representative and email:   Lavette Durham
Investigator
Lavette.Durham@Eeoc.Gov

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 525-2025-00098.

On behalf of the Commission,

**Maureen C. Kielt**
Digitally signed by Maureen C. Kielt
Date: 2025.09.04 15:22:23 -04'00'

Maureen Kielt
Local Office Director

**Cc:**
Kristi Winters
Jackson Lewis P.C.
677 Broadway, 9th Floor
Albany, NY 12207

Sean Costello
5815 Buffalo Ave
Niagara Falls, Ny 14304



Please retain this Notice for your records.



Retail



UNITED STATES POSTAL SERVICE®



14202

U.S. POSTAGE PAID
FCM LG ENV
NIAGARA FALLS, NY 14301
DEC 03, 2025

**$12.14**

S2322P501739-99

RDC 99

JACKSON U.S. COURTHOUSE
 A SQUARE
 NEW YORK 14202

 SE INTAKE / CLERKS OFFICE

USDC - WDNY
DEC - 8 2025
BUFFALO

LESLIE HY RENERO
2665 NIAGARA AVENUE
NIAGARA FALLS, NY 14305

CERTIFIED

9589 0710 5270 1

ROBERT H
2 NIAGAR
BUFFALO,
ATTN: PR